# AFFIDAVIT OF SERVICE
## UNITED STATES DISTRICT COURT
### EASTERN District of Texas

Case Number: 6:24-CV-33-JCB-KNM

**Plaintiff: Alan Headman**
vs.
**Defendant: Federal Bureau of Investigations; United States; Judge Jerald Dean Fowler II; Judge Teresa Welch;**

For:
ALAN HEADMAN
1225 FM 1002 S
Big Sandy, UT 75755

Received by KE CIVIL PROCESS on the 3rd day of October, 2024 at 9:05 am to be served on **Judge Teresa Welch, 450 SOUTH STATE STREET, SALT LAKE CITY, UT 84111**

I, SPENCER MONTGOMERY, being duly sworn, depose and say that on the **3rd day of October, 2024** at **2:15 pm, I:**

Served a true copy of the **SUMMONS IN A CIVIL ACTION & AMENDED COMPLAINT, FOR DECLARATORY, INJUNCTIVE AND OTHER RELIEF; JURY TRIAL DEMAND; APPENDICES** to CAMERON WILKINSON, who stated that they were authorized to accept service for Judge Teresa Welch at the address of: **450 SOUTH STATE STREET, SALT LAKE CITY, UT 84111.**

**Description** of Person Served: Age: 35, Sex: M, Race/Skin Color: WHITE, Height: 6'2", Weight: 250, Hair: BROWN, Glasses: N

I am over the age of 21 and have no interest in the above action. I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was executed. Pursuant to Utah Code Annotated 78B-18a-101 et seq., with the statutory declaration statement form as set forth in 78B-18a-106, I declare under criminal penalty that the foregoing is true and correct.

Subscribed and Sworn to before me on the 3rd day of October, 2024 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

SPENCER MONTGOMERY
Process Server
**KE CIVIL PROCESS**
1701 S. Buffalo St
Canton, TX 75103
(903) 567-9104

Our Job Serial Number: AND-2024005216