# United States Court of Appeals
# for the Fifth Circuit

No. 25-40151

United States Court of Appeals
Fifth Circuit
**FILED**
June 16, 2025
Lyle W. Cayce
Clerk

Alan Headman,

*Plaintiff—Appellant,*

versus

Federal Bureau of Investigation; United States of America; Jerald Dean Fowler, II, *Judge*; Teresa Welch, *Judge*,

*Defendants—Appellees.*

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 6:24-CV-33

## UNPUBLISHED ORDER

Before Smith, Graves, and Engelhardt, *Circuit Judges*.

Per Curiam:

  IT IS ORDERED that the motion of Appellee Jerald Dean Fowler, II, to dismiss the appeal as frivolous is GRANTED.