# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 16, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 25-40151   Headman v. FBI
                      USDC No. 6:24-CV-33

Enclosed is an order entered in this case.

                          Sincerely,

                          LYLE W. CAYCE, Clerk

                          By: _____
                          Rebecca Andry, Deputy Clerk
                          504-310-7638

Mr. James Garland Gillingham
Mr. Scot Macdonald Graydon
Mr. Alan Headman
Mr. Kyle Kaiser
Mr. David O'Toole
Mr. J. Clifford Petersen